**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 48522)
ak@kazlg.com
1546 NW 56th Street
Seattle, WA 98107
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID MOSHE RAHMANY and YEHUDA RAHMANY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC. and SUBWAY SANDWICH SHOPS, INC., <br><br> Defendants. | Case No.: 2:16-cv-01416-JCC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT T-MOBILE USA, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A) WITHOUT PREJUDICE** |

Kazerouni Law Group, APC
Costa Mesa, California

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs David Moshe Rahmany and Yehuda Rahmany voluntarily dismiss defendant T-Mobile USA, Inc. from the above-captioned action *without* prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

This dismissal does not affect the claims against the remaining defendant Subway Sandwich Shops, Inc.

Respectfully submitted,

Dated: September 8, 2016        **KAZEROUNI LAW GROUP, APC**

BY: /S/ ABBAS KAZEROUNIAN
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEY FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL OF T-MOBILE USA, INC.
CASE NO.: 2:16-cv-01416-JCC            1